# O'NEILL / HASSEN

Attorneys at Law

January 18, 2023

VIA Email
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED.
>
> Barbara Moses
> United States Magistrate Judge
> January 19, 2023

RE: *United States v. Sarah Seda-Lopez,* 22 Mj 5720 (UA)

Dear Judge Moses:

I represent Ms. Seda-Lopez in the above-captioned matter. Ms. Seda-Lopez currently has home incarceration as a condition of her release. I am writing to request that home incarceration be removed as a condition of Ms. Seda-Lopez's release and that she be given a curfew of 11:00 PM with location monitoring instead. The government consents to this request for a modification of Ms. Seda-Lopez's conditions of release.

Additionally, I am requesting that Ms. Lopez be permitted to attend a meeting with counsel on January 26 – January 27, 2023, and that she be permitted to spend the night of January 26, 2023, in the Knights Inn Brooklyn to facilitate these meetings.

Ms. Seda-Lopez has continued to thrive on supervised release. She is gainfully employed and has won awards and been promoted to sales manager at T-Mobile. She has suffered numerous personal hardships, including the death of her uncle and her mother's continued decline due to dementia. She has navigated these difficult times admirably.

I thank the Court for its consideration of these requests.

Sincerely,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997      4 / www.oandh.net
2 / F (212) 203-1858      5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net     6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA